# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'CONNOR, SANDRA D. | SUPREME COURT OF UNITED STATES | 05/01/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice (Ret.) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

1 FIRST STREET, N.E.
WASHINGTON, D.C. 20543

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | The National Constitution Center |
| 2. | Member, Advisory Board | Smithsonian National Museum of Natural History |
| 3. | Board Member | ABA Central European and Eurasian Law Initiative Council |
| 4. | Board Member | ABA Museum of Law |
| 5. | Co-Chair, National Advisory Council | Campaign for the Civic Mission of Schools |
| 6. | Board Member | Randall Lineback Breed Association |
| 7. | Board Member | William H. Rehnquist Center |
| 8. | Advisor | Aspen Institute's Justice and Society Program |
| 9. | Advisory Board Member | Bill Lane Center for the Study of the North American West at Stanford |
| 10. | Chair of the Board of Directors | iCivics.org |
| 11. | Honorary Chair of the Advisor Committee | O'Connor Advisory Committee |
| 12. | Advisory Board Member | Lloyd N. Cutler Center for the Rule of Law at the Salzburg Global Seminar |
| 13. | Special Advisor | American Bar Association Commission on Civic Education in the Nation's Schools |
| 14. | Advisory Board Member | Alzheimer's Drug Discovery Foundation |
| 15. | Honorary Board Member | International Network to Promote the Rule of Law (INPROL) |
| 16. | Co-Chair | National Advisory Council - Heard Museum |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'CONNOR, SANDRA D. | 05/01/2015 |

| | | |
|---|---|---|
| 17. | Board Member | National Institute for Civil Discourse - University of Arizona |
| 18. | Special Advisor | O'Connor House Project |
| 19. | Advisory Board Member | American Bar Association - International Criminal Court Project |
| 20. | Advisory Board Member | Brookings Advisory Commitee |
| 21. | Chair of the Advisory Board | National Constitution's Center "Second Founding" anniversary event |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/01/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/16/14 | Random House - royalty | $1,291.84 |
| 2. 08/18/14 | Random House -royalty | $899.24 |
| 3. 12/08/14 | Harleton Oil & Gas-royalty | $32.62 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Circumnavigators Club | January 17 | New York City, NY | Remarks | Transportation, lodging and meals |
| 2. | Oklahoma University and Oklahoma City University | February 5-6 | Norman, OK | Remarks-conversation-style format | Transportation, lodging and meals |
| 3. | International Institute for Conflict Prevention and Resolution | February 19-20 | Charleston, SC | Remarks-conversation-style format, attend receptions and dinners | Transportation, lodging and meals |
| 4. | Town Hall Los Angeles and Jonathan Club | March 2-3 | Los Angeles, CA | Remarks and Q&A with students | Transportation, lodging and meals |
| 5. | Women's Advisory Council - County of San Mateo | March 21-22 | Redwood City, CA | Remarks, attend luncheon and tour museum | Transportation, lodging and meals |

| 6. | Richard Stockton College | March 23-24 | Galloway, NJ | Remarks-conversation-style format, attend dinner and luncheon | Transportation, lodging and meals |
|---|---|---|---|---|---|
| 7. | National Youth Leadership Council | April 10 | Washington, DC | Address conference | Transportation |
| 8. | Women's Management Council | April 23 | Kansas City, MO | Attend dinner and participate in panel discussion | Transportation, lodging and meals |
| 9. | Iron Horse Vineyards | April 27 | Sebastopol, CA | Attend Earth Day Celebration and give remarks | Transportation and meals |
| 10. | American Board of Trial Advocates | May 2 | Nashville, TN | Attend reception and address conference | Transportation, lodging and meals |
| 11. | The Lawyers Club of San Diego | May 8 | San Diego, CA | Address members | Transportation, lodging and meals |
| 12. | Association of Business Trial Attorneys | May 9 | San Diego, CA | Attend luncheon and give remarks-conversation-style format | Meal |
| 13. | Walter Capps Center for the Study of Ethics, Religion and Public Life-University | May 10 | San Barbara, CA | Attend dinner and give remarks | Transportation, lodging and meals |
| 14. | National Association of Elementary School Principals, National Governors' Association | July 10-12 | Nashville, TN | Participate in civics education program, attend reception and dinner, conversation | Transportation, lodging and meals |
| 15. | Natonal Center for State Courts | July 22-23 | Lewisburg, WV | Attend dinner and give luncheon remarks | Transportation, lodging and meals |
| 16. | Andrus Center - Boise State University | Sept. 11-13 | Boise, IDDallas, TX | Meetings and give luncheon remarks | Transportation, lodging and meals |
| 17. | Constitutionally Speaking and University of New Hampshire Law School | Sept. 16-17 | Concord, NH | Receive honorary degree, luncheon and dinner remarks | Transportation, lodging and meals |
| 18. | Cal State University | Oct. 30 | Campus near Los Angeles | Attend reception and give remarks, conversation-style format | Transportation and meals |
| 19. | Society of the Four Arts | Dec. 2 | Palm Beach, FL | Remarks | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/01/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AZ Elected Officials Retirement | C | Pension | J | T | | | | | |
| 2. Checking Account: Suntrust Bank, Washington, DC | A | Interest | J | T | | | | | |
| 3. Checking Accounts - Capitol One Washington, D. C. | A | Interest | M | T | | | | | |
| 4. Oil and Gas Royalty fractional interest, Panola Cty., TX | A | Royalty | J | W | | | | | |
| 5. Loan ▊ | | None | J | T | Open | 12/12/14 | J | | |
| 6. Folger, Nolan, Fleming Douglas - By Pass Trust Account | A | Interest | J | T | | | | | |
| 7. Abbott Laboratories | A | Dividend | K | T | | | | | |
| 8. Abbvie Inc. | B | Dividend | | | Sold | 07/21/14 | L | | |
| 9. Adobe Systems, Inc. | | None | M | T | Sold (part) | 07/21/14 | J | | |
| 10. American Express | A | Dividend | J | T | Buy | 07/21/14 | K | | |
| 11. Apache Corp. Common | A | Dividend | K | T | | | | | |
| 12. Apple, Inc. | A | Dividend | K | T | Buy | 07/21/14 | K | | |
| 13. Aqua America | B | Dividend | L | T | | | | | |
| 14. Bank New York Mellow Corp | B | Dividend | L | T | | | | | |
| 15. Becton Dickinson & Co. | B | Dividend | M | T | | | | | |
| 16. Caterpiller Inc. | C | Dividend | L | T | | | | | |
| 17. Chevron Corporation | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Church & Dwight Inc. | C | Dividend | M | T | | | | | |
| 19. Cisco Systems Inc. | B | Dividend | L | T | | | | | |
| 20. Dentsply International | A | Dividend | M | T | | | | | |
| 21. EMC Corp Mass | B | Dividend | L | T | | | | | |
| 22. Exxon Mobil Corp | C | Dividend | M | T | | | | | |
| 23. General Electric Co | C | Dividend | M | T | | | | | |
| 24. Google CL C non-voting | | None | J | T | Buy | 07/21/14 | J | | |
| 25. Illinois Tool Works Inc. | C | Dividend | M | T | | | | | |
| 26. Intel Corp | C | Dividend | M | T | | | | | |
| 27. International Business Machines Corp IBM | B | Dividend | L | T | | | | | |
| 28. Ishares Nasdaq Biotechnology IBB | A | Dividend | K | T | Buy | 07/21/14 | K | | |
| 29. Johnson & Johnson | C | Dividend | L | T | | | | | |
| 30. JP Morgan Chase & Co. | C | Dividend | M | T | | | | | |
| 31. Lowes Companies Inc. | C | Dividend | M | T | | | | | |
| 32. Merck & Company Inc. | A | Dividend | K | T | Buy | 07/21/14 | K | | |
| 33. Microsoft Corp | C | Dividend | L | T | | | | | |
| 34. Nextera Energy | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pepsico Inc | C | Dividend | M | T | | | | | |
| 36. Procter & Gamble Co. | C | Dividend | M | T | | | | | |
| 37. T Rowe Price Group Inc. | C | Dividend | M | T | | | | | |
| 38. Target Corp. | C | Dividend | M | T | | | | | |
| 39. US Treasury Bill Due 01-16-14 | A | Interest | | | Sold | 01/16/14 | L | | |
| 40. US Treasury Bill Due 02-13-14 | A | Interest | | | Sold | 02/13/14 | L | | |
| 41. US Treasury Bill Due 08/14/2014 | A | Interest | | | Buy | 07/21/14 | M | | |
| 42. | | | | | Sold | 08/14/14 | M | | |
| 43. US Treasury Bill due 02/12/15 | | None | M | T | Buy | 08/18/14 | M | | |
| 44. United Technologies Corp. | B | Dividend | M | T | | | | | |
| 45. Walgreen Company | C | Dividend | M | T | | | | | |
| 46. Wells Fargo Company | C | Dividend | M | T | | | | | |
| 47. Time for a Change, LLC (Cochise, Yavapai and Mohave Counties, AZ) | D | Rent | M | W | | | | | |
| 48. | | Interest | | | | | | | |
| 49. Folger Nolan Fleming Douglas - IRA Account | A | Interest | K | T | | | | | |
| 50. -Abbott Laboratories | A | Dividend | K | T | Buy (add'l) | 07/21/14 | J | | |
| 51. -Abbvie Inc. | A | Dividend | | | Sold | 07/21/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Adobe Systems Inc | | None | K | T | Sold (part) | 07/21/14 | K | | |
| 53. -American Express, Inc. | A | Dividend | K | T | Buy | 07/21/14 | K | | |
| 54. -Anadarko Petroleum Corp. | A | Dividend | J | T | Buy | 07/21/14 | J | | |
| 55. -Apache Corp. | A | Dividend | J | T | | | | | |
| 56. -Apple | A | Dividend | K | T | Buy | 07/21/14 | K | | |
| 57. -AT&T Corp New | A | Dividend | | | Sold | 07/21/14 | K | | |
| 58. -Bank New York Mellon Corp | A | Dividend | | | Sold | 07/21/14 | K | | |
| 59. -Becton Dickinson & Co. | A | Dividend | K | T | | | | | |
| 60. -Caterpillar Inc. | A | Dividend | K | T | | | | | |
| 61. -Chevron Corp | B | Dividend | K | T | | | | | |
| 62. -Church & Dwight Inc | A | Dividend | K | T | Sold (part) | 07/21/14 | J | | |
| 63. -Cisco Systems Inc. | A | Dividend | K | T | | | | | |
| 64. -Dentsply International | A | Dividend | K | T | | | | | |
| 65. -Dominion Resources Inc of VA | A | Dividend | K | T | | | | | |
| 66. -EMC Corp Mass | A | Dividend | K | T | | | | | |
| 67. -Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 68. -General Electric Co | B | Dividend | K | T | Sold (part) | 07/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Google CL C Non-Voting | | None | J | T | Buy | 07/21/14 | J | | |
| 70. -Illinois Tool Works Inc | A | Dividend | K | T | Sold (part) | 07/12/14 | J | | |
| 71. -Intel Corp | A | Dividend | K | T | Sold (part) | 07/21/14 | J | | |
| 72. -International Business Machines Corp IBM | A | Dividend | K | T | | | | | |
| 73. -Ishares Nsdaq ET Biotechnology iBB | A | Dividend | K | T | Buy | 07/21/14 | J | | |
| 74. -Johnson & Johnson | A | Dividend | K | T | | | | | |
| 75. -JPMorgan Chase & Co | A | Dividend | K | T | | | | | |
| 76. -Lowes Companies Inc | A | Dividend | L | T | Sold (part) | 07/21/14 | J | | |
| 77. -Merck & Company | A | Dividend | K | T | Buy | 07/21/14 | K | | |
| 78. -Microsoft Corp | A | Dividend | K | T | Sold (part) | 07/21/14 | J | | |
| 79. -Nextera Energy | A | Dividend | J | T | Buy | 07/21/14 | K | | |
| 80. -Pepsico Inc | A | Dividend | K | T | | | | | |
| 81. -Procter & Gamble Co. | A | Dividend | K | T | | | | | |
| 82. -Southern Company | A | Dividend | K | T | | | | | |
| 83. -T Rowe Price Group Inc. | A | Dividend | K | T | | | | | |
| 84. -Target Corp | A | Dividend | K | T | | | | | |
| 85. -US Treasury Bill Due 02-13-14 | | None | | | Sold | 02/13/14 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -US Treasury Bill Due 08/14/14 | | None | | | Buy | 02/25/14 | O | | |
| 87. | | | | | Sold (part) | 05/27/14 | L | | |
| 88. | | | | | Sold | 08/14/14 | O | | |
| 89. -US Treasury Bill Due 02/12/15 | | None | O | T | Buy | 08/18/14 | O | | |
| 90. -United Technologies Corp | A | Dividend | K | T | | | | | |
| 91. -Walgreen Company | A | Dividend | K | T | | | | | |
| 92. -Wells Fargo Company | B | Dividend | K | T | | | | | |
| 93. Folger Nolan Fleming Douglas (Cash Account) | A | Interest | M | T | | | | | |
| 94. | G | Distribution | | | Spinoff (from line 87) | 05/29/14 | L | | |
| 95. --US Treasury Bill Due 12/11/14 | | None | | | Buy | 06/16/14 | L | | |
| 96. | | | | | Sold | 12/11/14 | M | | |
| 97. --US Treasury Bill Due 06/15/15 | | None | L | T | Buy | 12/16/14 | M | | |
| 98. --Time for a Change, LLC (Cochise, Yavapai and Mohave Counties, AZ) | F | Rent | N | W | | | | | |
| 99. | E | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 05/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SANDRA D. O'CONNOR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544